IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHANIEL J. DIXON, | |
| Petitioner, | 8:22CV341 |
| vs. | |
| TECUMSEH STATE PRISON, | ORDER |
| Respondent. | |

This matter is before the Court on Respondent's Motion to Substitute Respondent. Filing No. 10. Upon careful consideration,

IT IS ORDERED that Respondent's Motion to Substitute Respondent, Filing No. 10, is granted. The Clerk's office is directed to update the Court's records to reflect that Rob Jeffreys is the sole proper respondent in this action.

Dated this 15th day of May, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge